# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0042. ROBERTS v. THE STATE.**

On February 20, 2018, the trial court denied James Earl Roberts's various motions challenging his conviction for child molestation. Thereafter, on April 19, 2018, Roberts filed an emergency motion seeking an extension of time in which to file a discretionary appeal of that order. Roberts's motion is due to be denied for several reasons.

First, to the extent that an appeal from the denial of these motions requires a discretionary application, the emergency motion is untimely. See Court of Appeals Rule 31 (a), (i). Second, to the extent that Roberts was entitled to file a direct appeal from the trial court's order, a direct appeal is also untimely. See OCGA § 5-6-38 (a). Accordingly, Roberts's emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/20/2018*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ *, Clerk.*